IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALVA MCDOWELL,
and LINDA MCDOWELL,

Plaintiffs,

v.

SHEEHAN PIPE LINE
CONSTRUCTION COMPANY,

Defendant.                                                No. 11-0115-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that Defendant has not filed its **Federal Rule of Civil Procedure 7.1** disclosure. Thus, the Court DIRECTS Defendant to file its disclosure on or before March 1, 2011.

**IT IS SO ORDERED.**

Signed this 15th day of February, 2011.

> David R. Herndon
> 2011.02.15
> 13:21:16 -06'00'

**Chief Judge
United States District Court**