IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALVA McDOWELL and
LINDA McDOWELL,

      Plaintiffs,

  -vs-

SHEEHAN PIPE LINE
CONSTRUCTION COMPANY,

      Defendant.                  NO. 11-CV-115-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 26, 2012, this case is **DISMISSED** with prejudice.

                          NANCY J. ROSENSTENGEL,
                          CLERK OF COURT

                          BY:      /s/*Sandy Pannier*
                                     Deputy Clerk

Dated: April 2, 2012

                    David R. Herndon
                    2012.04.02
                    15:46:59 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT